United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. DRUCKER, | No. C 12-80064 CRB |
| Movant, | **ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |
| v. | |
| GEOFFREY PECOVER, et al., | |
| Respondents. | |

Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

In reviewing the papers in connection with the Order Transferring this case from the Northern District of Georgia, it has come to the Court's attention that this action might be related to Pecover v. Electronic Arts, Inc., No. 08-cv-02820. Order Transferring Case (dkt. 14) at 2 ("The underlying litigation from which this discovery dispute arises is pending before Judge Wilken in the Northern District of California . . . .").

//

//

**United States District Court**
For the Northern District of California

1      Accordingly, pursuant to Rule 3-12(c), this action is referred to the Honorable Judge Claudia Wilken for a determination of whether this action is related to <u>Pecover v. Electronic Arts, Inc.</u>, No. 08-cv-02820.

**IT IS SO ORDERED.**

Dated: March 8, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE